TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00676-CV
 
 




 

 

B. O. and T. S., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 201st
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000425,
 The Honorable Tim Sulak, JUDGE
 PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant B.O. filed her notice of appeal on May 25, 2012.  The appellate record was complete November 5, 2012, making appellant=s brief due November 26, 2012.  To
 date, appellant=s brief
 has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines.  Therefore we order Mr. Chris McHam to file appellant=s brief no later than December 13, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on November 28,
 2012.
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin